*E-Filed 8/26/11*

McCORMAC & ASSOCIATES
Kathleen A. McCormac, State Bar No. 159012
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 399-1722
Facsimile: (415) 399-1733
E-mail: kmccormac@mccormaclaw.com

Attorneys for Plaintiff
WALTER RAINES

SEYFARTH SHAW LLP
Eric M. Steinert, State Bar No. 168384
Justin T. Curley, State Bar No. 233287
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
E-mail: esteinert@seyfarth.com
E-mail: jcurley@seyfarth.com

Attorneys for Defendant
ABF FREIGHT SYSTEM, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER RAINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABF FREIGHT SYSTEM, INC., and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 10-cv-04499-RS<br><br>**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Richard Seeborg |

　　　　IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel, that the above-captioned action be dismissed with prejudice on or about 90 days from the date of this filing due to settlement.

　　　　The parties request that the motion hearing set for September 1, 2011 at 1:30 p.m. in Courtroom 3 be taken off calendar.

1.

NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL　　　　　　Case No. 10-cv-04499-RS

The involvement of Plaintiff's Bankruptcy Trustee requires 60-90 days for approval of the settlement. The parties request all events in this matter be taken off calendar and the dismissal be entered after the 90-day period assuming no request to the contrary is necessary.

DATED: August 24, 2011                  SEYFARTH SHAW LLP

                                        By _____
                                           Eric M. Steinert
                                           Justin T. Curley

                                        Attorneys for Defendant
                                        ABF FREIGHT SYSTEM, INC.

DATED: August 25, 2011                  McCORMAC & ASSOCIATES

                                        By _____
                                           Kathleen A. McCormac

                                        Attorneys for Plaintiff
                                        WALTER RAINES

**IT IS SO ORDERED.**

Dated: 8/26/11

                                        _____
                                        HON. RICHARD SEEBORG
                                        United States District Judge

2.
**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**          Case No. 10-cv-04499-RS