*E-Filed 8/26/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WALTER RAINES,

      Plaintiffs,

  v.

ABF FREIGHT SYSTEM, INC.,

      Defendants.

No. C 10-04499 RS

**STANDBY ORDER TO SHOW CAUSE**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 2, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 8, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 8/26/11

      RICHARD SEEBORG
      UNITED STATES DISTRICT JUDGE