KATHLEEN A. McCORMAC (#159012)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel: (415) 399-1722
Fax: (415) 399-1733
kmccormac@mccormaclaw.com

Attorneys for Plaintiff
WALTER RAINES

ERIC STEINERT (#168384)
SEYFARTH SHAW
560 Mission Street, Suite 3100
San Francisco, Ca 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
esteinert@seyfarth.com

Attorneys for Defendant
ABF FREIGHT SYSTEM, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER RAINES,<br><br>PLAINTIFF,<br>vs.<br><br>ABF FREIGHT SYSTEM, INC., and DOES 1 to 10, inclusive,<br><br>DEFENDANT(S). | Case No.: 10-cv-04499-RS<br><br>STIPULATION AND [PROPOSED] ORDER RE: ORDER TO SHOW CAUSE REGARDING DISMISSAL<br><br>Date: December 8, 2011<br>Time: 1:30 p.m.<br>Honorable Judge Richard Seeborg |

THE PARTIES BY AND THROUGH their counsel of record, hereby stipulate and request that the hearing presently scheduled for Thursday December 8, 2011 at 1:30 p.m. be continued until Tuesday February 9, 2012 at 1:30 p.m. The Bankruptcy Court must first approve the settlement and

-1-

STIPULATION AND [PROPOSED] ORDER RE: ORDER TO SHOW CAUSE REGARDING DISMISSAL



the hearing for approval is scheduled for January 3, 2012.

Dated: November 30, 2011                MCCORMAC & ASSOCIATES

                                        By:   /s/ Kathleen A. McCormac
                                              Kathleen A. McCormac
                                              Attorneys for Plaintiff
                                              WALTER RAINES


Dated: November 30, 2011                SEYFARTH SHAW LLP


                                        By   /s/ Eric M. Steinert
                                             Eric M. Steinert
                                             Attorneys for Defendant
                                             ABF FREIGHT SYSTEM, INC.


**IT IS SO ORDERED.**

DATED:  11/30/11

                                        HON. JUDGE RICHARD SEEBORG



-2-
STIPULATION AND [PROPOSED] ORDER RE: ORDER TO SHOW CAUSE REGARDING DISMISSAL