```
 1  KATHLEEN A. McCORMAC (#159012)
    McCORMAC & ASSOCIATES
 2  655 Montgomery Street, Suite 1200
    San Francisco, CA 94111
 3  Tel: (415) 399-1722
 4  Fax: (415) 399-1733
    kmccormac@mccormaclaw.com
 5
    Attorneys for Plaintiff
 6  WALTER RAINES

 7  ERIC STEINERT (#168384)
 8  SEYFARTH SHAW
    560 Mission Street, Suite 3100
 9  San Francisco, Ca 94105
    Telephone: (415) 397-2823
10  Facsimile: (415) 397-8549
11  esteinert@seyfarth.com

12  Attorneys for Defendant
    ABF FREIGHT SYSTEM, INC.
13
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| WALTER RAINES, | Case No.: 10-cv-04499-RS |
|---|---|
| PLAINTIFF, | STIPULATION AND [~~PROPOSED~~] ORDER RE: ORDER TO SHOW CAUSE REGARDING DISMISSAL |
| vs. | |
| ABF FREIGHT SYSTEM, INC., and DOES 1 to 10, inclusive, | Date: December 8, 2011 Time: 1:30 p.m. |
| DEFENDANT(S). | Honorable Judge Richard Seeborg |

THE PARTIES BY AND THROUGH their counsel of record, hereby stipulate and request that the hearing presently scheduled for Thursday December 8, 2011 at 1:30 p.m. be continued until Tuesday ~~February 8~~ February 9, 2012 at 1:30 p.m. The Bankruptcy Court must first approve the settlement and

-1-

STIPULATION AND [~~PROPOSED~~] ORDER RE: ORDER TO SHOW CAUSE REGARDING DISMISSAL



the hearing for approval is scheduled for January 3, 2012.

Dated: November 30, 2011   MCCORMAC & ASSOCIATES

By:    /s/ Kathleen A. McCormac
      Kathleen A. McCormac
      Attorneys for Plaintiff
      WALTER RAINES

Dated: November 30, 2011   SEYFARTH SHAW LLP

By   /s/ Eric M. Steinert
      Eric M. Steinert
      Attorneys for Defendant
      ABF FREIGHT SYSTEM, INC.

**IT IS SO ORDERED.**

DATED:   11/30/11

HON. JUDGE RICHARD SEEBORG



-2-
STIPULATION AND [~~PROPOSED~~] ORDER RE: ORDER TO SHOW CAUSE REGARDING DISMISSAL