*E-Filed 1/25/12*

McCORMAC & ASSOCIATES
Kathleen A. McCormac, State Bar No. 159012
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 399-1722
Facsimile: (415) 399-1733
E-mail: kmccormac@mccormaclaw.com

Attorneys for Plaintiff
WALTER RAINES

SEYFARTH SHAW LLP
Eric M. Steinert, State Bar No. 168384
Justin T. Curley, State Bar No. 233287
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
E-mail: esteinert@seyfarth.com
E-mail: jcurley@seyfarth.com

Attorneys for Defendant
ABF FREIGHT SYSTEM, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| WALTER RAINES, | Case No. 10-cv-04499-RS |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| ABF FREIGHT SYSTEM, INC., and DOES 1 to 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

1   DATED: 1/25/12                    SEYFARTH SHAW LLP

2

3                                     By _____
                                           Eric M. Steinert
4                                          Justin T. Curley

5                                     Attorneys for Defendant
                                      ABF FREIGHT SYSTEM, INC.

6   DATED: January 25, 2012           McCORMAC & ASSOCIATES

7

8                                     By _Kathleen McCormac_____
                                           Kathleen A. McCormac
9

10                                    Attorneys for Plaintiff
                                      WALTER RAINES
11

12

13  **IT IS SO ORDERED.**

14

15  Dated:    1/25/12    _____

16                                    HON. RICHARD SEEBORG

17                                    JUDGE, U.S. DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

---
2.
**STIPULATION OF DISMISSAL**
**Case No. 10-cv-04499-RS**