*E-Filed 1/25/12*

McCORMAC & ASSOCIATES
Kathleen A. McCormac, State Bar No. 159012
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 399-1722
Facsimile: (415) 399-1733
E-mail: kmccormac@mccormaclaw.com

Attorneys for Plaintiff
WALTER RAINES

SEYFARTH SHAW LLP
Eric M. Steinert, State Bar No. 168384
Justin T. Curley, State Bar No. 233287
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
E-mail: esteinert@seyfarth.com
E-mail: jcurley@seyfarth.com

Attorneys for Defendant
ABF FREIGHT SYSTEM, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER RAINES, | Case No. 10-cv-04499-RS |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| ABF FREIGHT SYSTEM, INC., and DOES 1 to 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

1.

**STIPULATION OF DISMISSAL**
Case No. 10-cv-04499-RS

Case 3:10-cv-04499-RS   Document 26   Filed 01/25/12   Page 2 of 2

| | |
|---|---|
| DATED: 1/25/12 | SEYFARTH SHAW LLP<br><br>By _____<br>Eric M. Steinert<br>Justin T. Curley<br><br>Attorneys for Defendant<br>ABF FREIGHT SYSTEM, INC. |
| DATED: January 25, 2012 | McCORMAC & ASSOCIATES<br><br>By _____<br>Kathleen A. McCormac<br><br>Attorneys for Plaintiff<br>WALTER RAINES |

IT IS SO ORDERED.

Dated: 1/25/12                                    _____
                                                  HON. RICHARD SEEBORG
                                                  JUDGE, U.S. DISTRICT COURT

2.
**STIPULATION OF DISMISSAL**
Case No. 10-cv-04499-RS